IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-137-FDW-DCK

| | |
|---|---|
| CLEAR BLUE FINANCIAL HOLDINGS, LLC, d/b/a CLEAR BLUE INSURANCE GROUP, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **ORDER** |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Ross R. Barton, concerning Kevin C. May on July 2, 2018. Kevin C. May seeks to appear as counsel *pro hac vice* for Defendant Blue Cross and Blue Shield Association. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED**. Kevin C. May is hereby admitted *pro hac vice* to represent Defendant Blue Cross and Blue Shield Association.

**SO ORDERED**.

Signed: July 3, 2018

David C. Keesler
United States Magistrate Judge